IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOUSIFIEH BASSIL and ANTOINE BASSIL, w/h,<br><br>                Plaintiffs,<br><br>  v.<br><br>STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., WESTIN HOTEL MANAGEMENT, L.P., COLUMBIA SUSSEX CORPORATION and GALLEON BEACH RESORT, LTD.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 12-4204 |

## ORDER

**AND NOW**, this 24th day of September, 2014, upon consideration of Defendants' Second Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 41) and Memorandum of Law in support, Plaintiffs' opposition thereto, Defendants' Reply, and Plaintiffs' Sur Reply, it is hereby **ORDERED** that Defendants' Motion is **DENIED**. The Clerk of Courts is hereby directed to schedule this matter for arbitration.

                                                          BY THE COURT:


                                                          **/s/ Jeffrey L. Schmehl**
                                                          **Jeffrey L. Schmehl, J.**